THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK ACRITELLI et al., Composing the Firm of F. ACRITELLI & SON, Respondents, *v.* EDWARD M. GROUT, as Comptroller of the City of New York, Appellant.

*People ex rel. Acritelli* v. *Grout,* 87 App. Div. 193, affirmed.
(Argued February 10, 1904· decided March 1, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 29, 1903, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel defendant to pay to relator an amount awarded to an attorney for his services on the trial of an indictment for murder, and duly assigned by him to such relator.

*John J. Delany, Corporation Counsel (Theodore Connoly* of counsel), for appellant.

*Cæsar B. F. Barra* for respondents.

Order affirmed, with costs, on prevailing opinion below.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, VANN and CULLEN, JJ.